UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-20944-JLK

MIDLAND FUNDING LLC
ASIGNEE OF SYNCHRONY BANK/
WALMART,

    Plaintiff,

v.

EDWARD SHANE WEST-EL,

    Defendant.
_____/

**ORDER DENYING MOTION FOR LEAVE TO
PROCEED IN FORMA PAUPERIS AND DISMISSING CASE**

    THIS CAUSE comes before the Court upon the August 2, 2021 Report and Recommendation ("R&R") of Magistrate Judge Jacqueline Becerra (DE 9), recommending that Defendant's Motion for Leave to Proceed in *forma pauperis* (DE 3) be denied and Defendant's Notice of Removal and Complaint (DE 1) be dismissed with prejudice.

    On March 9, 2021, the *pro se* Defendant removed this case to this Court. DE 1. Also on March 9, 2021, Defendant filed his Motion for Leave to Proceed in *forma pauperis*. On August 2, 2021, Judge Becerra entered the R&R. DE 9. On August 26, 2021, Defendant filed a Motion for Extension of Time to File Response to the R&R. DE 11. On August 27, 2021, the Court granted Defendant's Motion for Extension, allowing the Defendant to file until September 10, 2021.

    On September 1, 2021, Defendant timely filed objections. DE 13. On September 16 and 17, 2021, Defendant filed corrections to the objections. DE 16, 18.

    Upon screening the Notice of Removal and Complaint pursuant to 28 U.S.C. § 1915(e), Magistrate Becerra correctly found that the Notice of Removal and Complaint are frivolous and

fail to state a claim for which relief may be granted. *See* R&R. Additionally, Defendant already litigated this matter in state court, waiving Defendant's right to remove this matter to federal court and barring this Court's review under the *Rooker-Feldman* doctrine. R&R at 4.

Upon consideration of the Notice of Removal, the Complaint, the record, the R&R, and the Defendant's objections, the Court finds that Magistrate Judge Becerra's R&R is well-reasoned and accurately states the law of the case. Accordingly, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Magistrate Judge Becerra's Report and Recommendation **(DE 9)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Defendant's Notice of Removal and Complaint **(DE 1)** is **DISMISSED with prejudice**;

3. All pending motions are **denied as moot**;

4. No certificate of appealability shall issue;

5. The Clerk of Court shall **CLOSE** this case.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of September, 2021.

                                                                                  /s/ James Lawrence King
                                                                                  JAMES LAWRENCE KING
                                                                                  UNITED STATES DISTRICT JUDGE

**cc:**   **All counsel of record**
        **Magistrate Judge Jacqueline Becerra**
        **Clerk of Court**
        **Edward Shane West-El,** *pro se*